**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MIGUEL SANCHEZ-HERNANDEZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-4193** |
| | : | |
| **J.L. JAMISON, JOHN E. RIFE,** | : | |
| **MARKWAYNE MULLIN, TODD** | : | |
| **BLANCHE, U.S. DEPARTMENT OF** | : | |
| **HOMELAND SECURITY,** | : | |
| **EXECUTIVE OFFICE OF** | : | |
| **IMMIGRATION REVIEW** | : | |

## ORDER

**AND NOW**, this 24th day of June 2026, upon considering the respondents' certification

of compliance (DI 6) of our June 23, 2026 order (DI 5), it is **ORDERED** the Clerk of Court

shall **close** this case.

_____
**MURPHY, J.**